✎AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Southern _____ District of ___ Iowa

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

Cordney Lavelle Smith

Case Number:   3:03-cr-000203-002

USM Number:   11899-030

David E. Mullin
Defendant's Attorney

**THE DEFENDANT:**

☒  admitted guilt to violation of   one _____ of the term of supervision.

☐  was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | New Law Violation (Conspiracy to Distribute Marijuana) | July 22, 2012 |

The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

June 8, 2012
Date of Imposition of Judgment

_____
Signature of Judge

John A. Jarvey, U.S. District Court Judge
Name and Title of Judge

June **11**, 2012
Date

✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
        Sheet 2 - Imprisonment

DEFENDANT:        Cordney Lavelle Smith
CASE NUMBER:      3:03-cr-000203-002

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for total term of :        30 months, to be served consecutive to Dkt. No. 3:11-cr-00039-006;
            no term of supervised release to follow imprisonment in this case

☒    The court makes the following recommendations to the Bureau of Prisons:
      The defendant not be placed at Springfield, Missouri.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

      ☐    at _____ ☐ a.m. ☐ p.m.  on    _____ .

      ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐    before 2:00    p.m. on

      ☐    as notified by the United States Marshal.

      ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered _____ to _____

a _____ with a certified copy of this judgment.

                                            _____
                                                   UNITED STATES MARSHAL

                              By _____
                                         DEPUTY UNITED STATES MARSHAL